## OSBORNE *v.* OSBORNE.

*Saturday, June 19.*

APPEAL from the *Lagrange* Court of Common Pleas.

*Per Curiam.*—There is no bill of exceptions in this case. No question is presented.

The judgment is affirmed, with 1 per cent. damages and costs.

*D. H. Colerick* and *R. Parrett*, for the appellant.

*J. B. Howe*, for the appellee.